JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CAZARES,<br><br>    Petitioner-Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.  CV 20-8693 PA<br>       CR 04-415 PA<br><br>JUDGMENT |

    Pursuant to the Court's February 15, 2021 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by Petitioner Fernando Cazares ("Petitioner"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: February 15, 2021

                                                Percy Anderson
                                     UNITED STATES DISTRICT JUDGE